UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-00787-JRS-CSW ) |
| WENDY STEIL, SANDRA STEIL, | ) ) ) ) |
| Defendants. | ) |

**Order Adopting Report and Recommendation and Granting Motion for Summary Judgment**

This is an interpleader action. ReliaStar Life Insurance Company issued group life insurance policy No. 31333-5 GAT to 3M Company, under which Decedent Kenneth Steil (the "Decedent") was eligible for coverage (the "Policy"). (ECF No. 1.) At the time of the Decedent's death, he was enrolled for coverage in the amount of $23,878 (the "Death Benefit"). (*Id.*) The Policy provides that Reliastar will pay the Death Benefit to the designated beneficiary upon the Decedent's death. (*Id.*) Because of competing claims to the Death Benefit, Reliastar moved to interplead the Death Benefit under 28 U.S.C. § 1335, (ECF No. 3), and the Court granted its motion, (ECF No. 45). Wendy Steil ("Steil") claims she is the designated beneficiary and that the Death Benefit should be paid to her. (ECF Nos. 13, 15.)

The Magistrate Judge issued a Report and Recommendation under 28 U.S.C. §636(b)(1)(B), and no objection thereto having been filed, the Court **adopts** the Report and Recommendation, (ECF No. 46); and **construes** Defendant Sandra

Olson-Steil's filing at ECF No. 43 as a Motion to Dismiss, and **grants** that Motion, (ECF No. 43). Olson-Steil is **dismissed** from this case. Upon Olson-Steil's dismissal, Wendy Steil becomes the sole claimant to the Death Benefit.

The Court **finds** that Wendy Steil is the designated beneficiary entitled to the Death Benefit under policy No. 31333-5 GAT. Steil's Motion for Summary Judgment, (ECF No. 47), is **granted** and Wendy Steil is **awarded** the Death Benefits under policy No. 31333-5 GAT.[1]

The Clerk **is directed** to enter final judgment awarding Wendy Steil the Interpleader Funds on Deposit plus interest and close this case. The Clerk **is directed to issue payment** in the amount of **$20,878 plus any interest accrued made payable to Wendy Steil**. Said funds **shall be sent to:**

> Wendy Steil
> 10157 Stockwell Drive
> Fishers, IN 46038

Before funds can be disbursed, however, Wendy Steil must provide the Court with her tax identification information, which she can do by submitting an Internal Review Service Form W-9 by email to: finance@insd.uscourts.gov.

**SO ORDERED.**

Date: 5/20/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

---

[1] Steil's summary judgment motion seeks attorney's fees, but she has not filed a separate motion as Local Rule 7-1(a) requires. Moreover, Steil is not represented by counsel; instead, she proceeds *pro se* in this matter. The request for fees is therefore **denied**.

Distribution:

Magistrate Judge Crystal S. Wildeman

Financial Deputy Clerk

WENDY STEIL
10157 Stockwell Drive
Fishers, IN 46038

SANDRA STEIL
1021 Cardinal Drive
Owatonna, MN 55060

Emily Felix
McDowell Hetherington LLP
emily.felix@mhllp.com